954 A.2d 565

**Clyde McGRIFF, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS and Gateway Rehabilitation Center, Inc., Appellees.**

Supreme Court of Pennsylvania.

June 12, 2008.

104

## ORDER

PER CURIAM.

AND NOW, this 12th day of June, 2008, the Application to Dismiss the Appeal as Moot is **GRANTED.**